

# IN THE
# TENTH COURT OF APPEALS

## No. 10-19-00358-CV

## IN RE TROY DALE CHASTEEN

## Original Proceeding

## MEMORANDUM OPINION

The petition for a writ of mandamus is denied. TEX. R. APP. P. 52.8(d). Relator's

"Amended Emergency Motion for Temporary Relief to Stay Trial Court Proceedings" is

dismissed as moot.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Petition denied
Opinion delivered and filed January 29, 2020
[OT06]

